UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THEODORE VISNER,

       Plaintiff,                      Case No. 1:16–mc–00119–PLM

v.                                       Hon. Paul L. Maloney

EDWARD WINKLER, et al.,

       Defendants.
_____/

## ORDER REJECTING PLEADING

      The Court has examined the following document(s) received December 5, 2016 and orders the Clerk to reject the Answer and rebuttal and return the document(s) to Theodore Visner for the reason(s) noted below:

      Pursuant to the Order entered November 28, 2016, this case is now closed.

      IT IS SO ORDERED.

Dated:   December 7, 2016                  /s/ Phillip J. Green
                                                        PHILLIP J. GREEN
                                                        U.S. Magistrate Judge