UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THEODORE VISNER,

    Plaintiff,

v.

EDWARD WINKLER, et al.,

    Defendants.
_____/

Case No. 1:16–mc–00119–PLM

Hon. Paul L. Maloney

## **ORDER REJECTING PLEADING**

The Court has examined the following document(s) received December 5, 2016 and orders the Clerk to reject the Objection and move to strike order and return the document(s) to Theodore Visner for the reason(s) noted below:

Pursuant to the Order entered November 28, 2016, this case is now closed.

IT IS SO ORDERED.


Dated: December 7, 2016            /s/ Phillip J. Green
                                                                                     PHILLIP J. GREEN
                                                                                    U.S. Magistrate Judge