*November 30, 2016*

RECEIVED - KZ
December 5, 2016 3:23 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
mg

Dear clerk of the federal district court.

Please file this in case No. 1:16-mc-119 immediately and without delay.

Additionally, please make yourself and Maloney your own copy and deliver.

Maloney is attempting to solicit your help in disposing of this case and I do NOT want to name you for having followed his unlawful BS order he signed on November 28, 2016.

If you have any questions please feel free to give me a call.

Sincerely,

Ted Visner
MI Justice League
856 W Cody Estey Rd
Pinconning, MI 48650
(989) 954-2814

# UNITED STATED DISTRICT COURT
# IN THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Theodore Visner / man ) | |
| People of the State of Michigan ) | No. 1:16-mc-119 |
|        Plaintiff/Claimant ) | |
|        Prosecutor ) | Paul L. Maloney (P25194) |
| v. ) | |
| ) | **AMENDED** |
| ) | **CRIMINAL & CIVIL CLAIMS** |
| Edward Winkler / man, ) | (Original claim included by reference) |
| Paul L. Maloney / man, ) | |
| Jane & John Doe's from Pinnacle ) | |
|        Defendants ) | |
| ) | Federal Title 18 and Title 42 |
| _____ ) | **CLAIMS FOR DAMAGES** |
| | Jury Trial Demanded |
| | No Magistrate! |

## OBJECTION and MOVE TO STRIKE ORDER
## MOVE TO RECUSE and ORDER

Alleged Federal court judge Paul L. Maloney (P25194) has lied and is a liar.

Maloney claims Visner alleges that "his house" was sold at a sheriff sale, ORDER ¶ 1. The property in question was deeded to Kathy Smith, Ted Visner's wife and was and is always referred to as "his family's house" and at no time did Visner EVER claim that this property was deeded to himself or that this was "his house".

Alleged Federal court judge Paul L. Maloney lied again in ORDER ¶ 1 when he claimed, in and of his own volition that there was an eviction when no eviction ever took place. This lie is the first mention of any eviction and it and it's notion has been introduced by the alleged judge himself to intentionally create confusion. Maloney states and I quote, **"Then, in April 2010, he was evicted by the Kent County Sheriff, who was acting at Defendant Edward Winkler's request."** Not only is Maloney claiming that there were court proceedings to evict when none exist, he is also claiming that Edward Winkler enlisted the services of the Kent County Sheriff Department to carry out some fictitious eviction order that never happened as if acting as legal counsel for fellow State of Michigan Bar Member Edward Winkler.

Maloney, Winkler, State Bar of Michigan and the Kent County Sheriff Department wishes that there was an eviction but there was not. Maloney has made this assertion all on his own and it is intentionally misleading and altogether wrong. Not only did he claim that there were separate court proceedings to evict that do not and never existed, he also fails to submit evidence of any eviction proceedings and he also asserts the state of mind of Edward Winkler when Winkler has not yet made an appearance in this

criminal action against him. So... where is judge Maloney getting his information from when currently he and I are the only ones participating in this case? Maloney seems to be actively investigating this case on his own without any requirement to file any of the fruits of his investigation as proof and evidence while practicing law from the bench at the direct benefit of his fellow State Bar of Michigan member, Edward Winkler.

**This case will NOT be presided over by a liar.** Any man that can not get the facts as they are set out in a simple 5 page claim and accompanying sworn affidavit has no business acting as judge, federal or otherwise and I demand that you recuse yourself immediately and **STOP TRESPASSING** on my action! If you are going to represent Winkler and put forth his defenses, his state of mind and what you believe to be the justification for his criminal acts you better **file your own Notice of Appearance!**

**I OBJECT to your BS ORDER and I strike it it's entirely.**

**NOTICE TO CLERK** – The order entered on 11/28/2016 is a fraud and you are hereby encouraged to disregard Maloney's attempt to secure your participation in his bullshit. Additionally, Michigan's Constitution Article 1 § 13 reads as follows...

> **§ 13 Conduct of suits in person or by counsel.**
> Sec. 13.
> A suitor in any court of this state has the right to prosecute or defend his suit, either in his own proper person or by an attorney.

This Federal District Court is a court of this state that is both obligated and bound to adhere to the Constitution and the laws of this state and I have the right to prosecute this suit as I see fit.

I am a prosecutor. Maloney should have assigned a US Attorney to assist in the prosecution of the state and federal crimes outlined in the original claim filed in November, 2016. Instead, he is attempting to make you do his dirty work and help him to unlawfully dispose of this claim/action since I have bared him from allowing a magistrate from doing the same.

**SUBSTANCE OVER FORM**
This claim contains both state and federal crimes that have paralyzed the claimants financially and otherwise. Maloney is attempting to bar this action knowing that as a specific strategy of the crimes committed against my family have been massively and intentionally damaging.

I have sworn and attested to the crimes of Edward Winkler under penalty of perjury in a sworn affidavit and this asshole judge refuses to assign US Attorney to help us as crime victims and is suggesting that I need to pay for redress and remedy as victims of both state and federal crimes while forcing us into a civil court situation where only the civil components can be heard and the criminal components disposed of in the DISinterest of justice. Maloney is insisting upon form over substance and I will not tolerate this.

The remainder of your nonsensical order is full of (unpublished table opinions) what ever the hell that is that only you have secret access to.

Page 2 ¶ 1, This court makes the following claim that actually justifies why this action was filed under miscellaneous. *"For federal courts, the miscellaneous designation is for proceedings that do not otherwise qualify as civil actions."* and the case cite works for me and for this action. *Green v. Cosby,*

-F.Supp.3d-, 2016 WL 6135576, at *1 n.1 (E.D. Pa. October. 21, 2016). Interesting that this case cited was not even one month old! LOL

The adversarial system of justice in this country is supposed to be presided over by a neutral third party judge that has no interest or bias in the cases he/she presides over. Maloney is demonstrating both a distinct bias as well as the fact that he is actually the adversary to the claimant and in fact lawyer for the defendant! Where once the rules of professional conduct and judicial cannons described the "appearance of impropriety" as being completely unacceptable, this judge is demonstrating direct and obvious improprieties right out in the open!

This ~~asshole~~ judge believes himself qualified and authorized to order me to do a thing! Ordering me to pay him money!

If you are going to be my adversary Mr. judge, you had better file your proof of service just like everyone else!

On Page 2 ¶ 2 of this now stricken order, Maloney states and I quote, **"Visner cannot bring criminal charges against Winkler."** Here, this so-called judge is stepping out of any and all official capacity as a judge and is no longer immune from prosecution himself. Here Maloney is attempting to violate and is violating the rights of Visner to prosecute his case against Winkler and all others that assisted Winkler in his crimes.

As pointed out in the so-called order on page 2 ¶ 2 there will be demands for writs, disbarment proceedings and grand jury matters so this filing is further appropriate as filed under miscellaneous.

This case is simple. The Kent County Sheriff Department created a counterfeit Sheriff Sale Deed [a felony] while committing perjury [another felony] and Winkler used it to steal our home and it's equity [a felony] and this ~~asshole~~ judge, while claiming to be honorable, is attempting to dispose of this case while trying to extort money from me to do it!

**Accordingly,** so-called judge Maloney is hereby named additionally as defendant and his ORDER is stricken. Maloney is now party to this action as a named defendant and is bared from presiding over it and his orders are VOID. The void order is again VOID for for the impropper case heading and the use of the all-caps names. The clerk of this court **shall not** convert a thing unless you want to be additionally named in your own proper person in this action and additionally charged and prosecuted for the willful obstruction of justice and for trespassing upon my action. Again, the assignment of a magistrate is **NOT** acceptable and is forever rejected. **IT IS SO ORDERED.**

Prepared by Ted Visner on November 30, 2016 and mailed to the federal court clerk for immediate filing in Case No. 1:16-mc-119. Both the clerk(s) and Maloney are considered served by the filing of this document.

_____
Theodore Visner / man
Plaintiff/Claimant/Prosecutor
(989) 954-2814

11-30-16
Date

[SEAL: THEODORE JOSEPH VISNER, APRIL 05, 1967, SEAL, FREEMAN, IN LIBERTY & JUSTICE]

MI Justice League
856 W Cody Estey Rd
Pinconning, MI 48650

Official Business



PINCONNING MI 48650
DEC 01 2016
USPS

Office of the Clerk
United States District Court
B-35 Federal Building
410 W. Michigan Avenue
Kalamazoo, Michigan 49007

4900783757 C033

MI Justice League
856 W Cody Esley Rd
Pinconning, MI 48650