RECEIVED - KZ
January 26, 2017 10:41 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
___mg___

# Michigan Justice League
856 W Cody Estey Rd – Pinconning, Michigan 48650

## CRITICAL MATTERS
## Case No 1:16-MC-119

January 23, 2017

Dear Clerk of the Federal Court,

You recently sent me some things that were not expected.

You sent me direct evidence of FRAUD UPON THE FEDERAL COURT AND CRIMINAL TRESPASS by both the judge and the federal court clerks, (kvt) and (mg).

First of all. How and why do you believe that any federal court judge would have any authority and/or any jurisdiction to order someone not directly involved with the action that I filed on November 16, 2016 to do anything? Paul Maloney could have just as well ordered my mother to give me a spanking or my wife to withhold sex but he didn't. Instead he ordered the clerk of this office to criminally trespass on my federal court case and you did!

According to your own documents, Paul Maloney, through an irregular and unlawful ex parte order dated November 28, 2016 ordered the clerk of this court to unfile my action and refile my action in a different court venue but the clerk of this federal court with the initials (kvt) filed a civil action with my name on it on November 21, 2016 which was long before Maloney's bullshit order and a direct criminal trespass upon me and my court action!

Seriously! What the fuck do you guys think you are doing?

Even if the bullshit order of Maloney was legitimate and not a criminal trespass in-and-of itself, KVT initiated a federal court action with my name as if KVT was my legal counsel! I have no contract with KVT to represent me! In addition to criminal trespass this is also identity theft! Additionally this new bullshit case was created pursuant to a bullshit court order that didn't even exist until 7 days later! WTF! You idiots know that your entries are time and date stamped to prevent tampering don't you?

I need the full name and home address for the clerks known as "KVT" and "MG" so that I may add them to this federal court criminal case as a co-conspirators as it moves forward. Additionally you are hereby commanded to undo the bullshit you have done and restore my action as I filed it initially on November 16, 2016 immediately and without delay! AND FILE THIS 2 PAGE DOCUMENT IN CASE NO. 1:16-MC-119

Sincerely Pissed Off at you for your direct crimes against me,

Ted Visner
(989) 954-2814

PAGE 1 of 2

United States District Court
Western District of Michigan (Southern Division (1))
CIVIL DOCKET FOR CASE #: 1:16-cv-01385-PLM-RSK

Visner v. Winkler et al.
Assigned to: District Judge Paul L. Maloney
Referred to: Magistrate Judge Ray Kent (events as ordered)
Case in other court: Originally Filed As 1:16-mc-119
Cause: 10:1109 Other Statutory Actions

Date Filed: 11/28/2016
Jury Demand: Plaintiff
Nature of Suit: 290 Real Property: Other
Jurisdiction: Federal Question

**plaintiff**

Theodore Visner

represented by Theodore Visner
856 W Cody Estey Rd.
Pinconning, MI 48650
PRO SE

V.

**defendant**

Edward Winkler

**defendant**

Unknown Parties
*named as Jane & John Does from Pinnacle*

*Opened case for future filings. (kvt)*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/01/2016 | | Copy of Receipt of Case Notice 3 sent via U.S. Mail to Theodore Visner (kvt) (Entered: 12/01/2016) |
| 12/01/2016 | 3 | NOTICE of receipt of case (kvt) (Entered: 12/01/2016) |
| 11/28/2016 | | Certified Copy of Order 2 sent via U.S. Mail to Theodore Visner (mg) (Entered: 11/28/2016) |
| 11/28/2016 | 2 | ORDER; plaintiff must pay the remaining filing fee by Monday, 12/12/2016; signed by District Judge Paul L. Maloney (Judge Paul L. Maloney, cmc) (Entered: 11/28/2016) |
| 11/16/2016 | | RECEIPT: in the amount of $46.00, receipt number GR052494; for filing fee (kvt) (Entered: 11/21/2016) |
| 11/16/2016 | 1 | COMPLAINT with jury demand against All Defendants filed by Theodore Visner (Attachments: # 1 Exhibit 1) (kvt) (Entered: 11/21/2016) |

MI Justice League
856 W Cody Estey Rd
Pinconning, MI 48650

OFFICAL BUSINESS

METROPLEX MI 480

24 JAN 2017 PM 10 L

Office of the Clerk
United States District Court
B-35 Federal Building
410 W. Michigan Avenue
Kalamazoo, Michigan, 49007

49007-370020